JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. SACV 15-00475- KES<br><br>**J U D G M E N T** |

  In accordance with the Memorandum Opinion and Order filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the opinion.


Dated: <u>May 04, 2016</u>

*Karen E. Scott*
_____
KAREN E. SCOTT
United States Magistrate Judge